**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

| 12/03/2024 15:50 EST | Generated By: ███████ | Page 1 of 2 |
|---|---|---|

### Common Search Criteria

| Encounter Start Date | Encounter End Date | Encounter Start Time | Encounter End Time |
|---|---|---|---|
| 01/01/1982 | 12/03/2024 | 00:00 | 15:50 |
| **Site Code** | **Terminal/Lane** | **Inspector ID Code** | **Inbound-Outbound Indicator** |
|  |  |  |  |

### Person Search Criteria

| Last Name | First Name | Encounter Line Type | Date Of Birth | Document Country Code |
|---|---|---|---|---|
| ZHOU | YINPIAO |  | ██/1985 |  |
| **Stolen Document Search** | **Document Number From** | **Document Number To** | **Carrier Code** | **Flight/Vessel Number** | **Gender** | **Citizenship** |
| Not Selected |  |  |  |  |  |  |

### Person Filter Criteria

| Last Name | First Name | Birth Date From | Birth Date To |
|---|---|---|---|
|  |  |  |  |
| **Encounter Date Earliest** | **Encounter Date Latest** | **Encounter Time** | **Carrier Code** | **Carrier Number** | **Inbound-Outbound Direction** |
|  |  |  |  |  |  |
| **Encounter Site Location** | **Inspector ID** | **Encounter Lane Type** | **Passenger Status** | **Updated Passenger Status** | **Agency Referred To** | **HitInd** |
|  |  |  |  |  |  |  |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZHOU | YINPIAO | ██/1985 | P | ███ | 02/12/2024 16:04 | HA | 460 | I | A321 | ███ | APIS | ON BOARD |  |  | HNL | ICN |
| ZHOU | YINPIAO | ██/1985 | P | ███ | 06/24/2015 00:00 | CZ | 658 | O |  | Name No Name, No | APIS | ON BOARD |  |  | CAN | SFO |
| ZHOU | YINPIAO | ██/1985 | P | ███ | 03/03/2008 00:00 | MU | 588 | O |  | Name No Name, No | APIS | PASSENGER |  |  | PVG | JFK |
| ZHOU | YINPIAO | ██/1985 | P | ███ | 12/23/2007 23:06 | MU | 587 | I | A477 | ███ | APIS | PASSENGER |  |  | JFK | PVG |

Total Number of Records: 4

### Legend

**Loc**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

12/03/2024 15:50 EST                Generated By: ▇▇▇▇▇▇▇▇▇▇                Page 2 of 2

| Codes | Value |
|---|---|
| PVG | PU DONG, SHANGHAI |
| CAN | BAIYUN |
| ICN | INCHON - SEOUL KOREA |
| HNL | HONOLULU INT'L |
| SFO | SAN FRANCISCO INTL AIRPORT |
| JFK | JOHN F KENNEDY INTL |

| Doc Type ||
|---|---|
| Codes | Value |
| P | P - PASSPORT |

| Site Code ||
|---|---|
| Codes | Value |
| A477 | A477 - NEW YORK, JFK AIRPORT, TERM 1 |
| A321 | A321 - CBP-HONOLULU, AIRPORT |